UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CRIMINAL ACTION NO. 1:03CR-43-M

UNITED STATES OF AMERICA                                              PLAINTIFF

V.

RICHARD ALLEN WASHAM                                                 DEFENDANT

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on motions by Defendant, Richard Allen Washam, *pro se,* for subpoena duces tecum [DN 282, DN 284, DN 286]. Fully briefed, this matter is ripe for decision.

Defendant requests the Court to enter an order for production of documents from the United States Marshall's Office, Attorney Joseph Kirwan, and the Grayson County Detention Center to provide support for his claim that he was transported back to jail from the courthouse before the December 20, 2004, suppression hearing concluded. Additionally, Defendant seeks the computerized telephone log at Grayson County Detention Center and other documents to support his assertion that he called and spoke with his attorney, Joseph Kirwan, on December 17, 2004. The United States does not dispute Defendant's contention that he was transported back to jail before the hearing concluded or that he spoke with his attorney on December 17, 2004.

Finding there is no dispute regarding these matters, the Court finds that the production of the records confirming this information is not necessary. Ultimately, the question before

the Court is whether the Defendant knowingly and voluntarily waived his right to be present at the suppression hearing. The Court has addressed this issue in a separate Memorandum Opinion and Order denying Defendant's Motion for New Trial entered this date.

For these reasons, Defendant's motions for subpoena duces tecum [DN 282, DN 284, DN 286] are **denied**.

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Judge**
**United States District Court**

August 1, 2007

cc:   Richard Allen Washam, *pro se*
      counsel of record